

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00062-CV

**IN THE ESTATE OF** Manuel **ARIZOLA**, Deceased

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2010-PB4-000054
Honorable Alvino (Ben) Morales, Judge Presiding

and

No. 04-12-00063-CV

**IN THE ESTATE OF** Romen **ARIZOLA**, Deceased

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2010-PB4-000096
Honorable Alvino (Ben) Morales, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the orders of the trial court appointing the administrators, denying the motions to remove the administrators, denying the motions to disqualify the administrators' attorney, and denying the motions to set aside an employment contract are AFFIRMED. The trial court's orders denying the motions to compel discovery and granting the motions to ratify the settlement are REVERSED, and the cause is REMANDED to the trial court for further proceedings on those motions. Costs of the appeal are taxed against the parties that incurred them.

SIGNED April 24, 2013.

_____
Catherine Stone, Chief Justice